### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

UNITED STATES OF AMERICA  :

v.  :  CRIMINAL NO.: 23-00110-JB

:

CHRISTIAN IKENYA AMIR LEWIS

### ACCEPTANCE OF GUILTY PLEA
### AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 33) and without any objection having been filed by the parties, the plea of guilty of the Defendant to Count One of the Indictment, is now accepted and the Defendant is adjudged guilty of such offense. A sentencing hearing has been scheduled for **June 17, 2024** at **9:30 a.m.**, in Courtroom 4A.

**DONE and ORDERED** this the 11th day of January 2024.

s/JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE